PERCIVAL FORSHEE, executor, &c., complainant.

*v.*

IDA DOWDNEY et al., defendants.

[Decided October 15th, 1928.]

Appeal of Lillian Rothrock et al.

On appeal from a decree of the court of chancery.

*Messrs. Kelsey & Ludwig,* for the appellant.

*Mr. Philip F. Sauer* and *Messrs. Melosh, Morten & Melosh,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *101 N. J. Eq. 446.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.